IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY MACK NICHOLS, JR.**  **PLAINTIFF**
ADC #92713

v.   CASE NO. 2:21-CV-00136-BSM

**GARY R. KERSTEIN**, Doctor, East
Arkansas Regional Max Security Unit, *et al.*   **DEFENDANTS**

## ORDER

Billy Nichols's lawsuit is dismissed, without prejudice, for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). On December 20, 2021, United States Magistrate Judge J. Thomas Ray denied Nichols's motion to proceed *in forma pauperis* because Nichols is a "three striker" and had not satisfied the imminent danger exception to the three strikes rule. *See* Doc. No. 17. Judge Ray ordered Nichols to pay the $402 filing fee by January 18, 2022, if he wished to proceed with his lawsuit. Nichols has not paid the filing fee, and the time for him to do so has long since passed. Nichols will have thirty (30) days from the date of this order to reopen this case by paying the $402 filing fee in full and filing a motion to reopen. It is certified that, pursuant to 28 U.S.C. section 1915(a)(3), an *in forma pauperis* appeal from this order or the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of April, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE