## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**BILLY MACK NICHOLS, JR.**                                              **PLAINTIFF**
**ADC #92713**

**v.**                          **CASE NO. 2:21-CV-00136-BSM**

**GARY R. KERSTEIN, Doctor, East**
**Arkansas Regional Max Security Unit,** *et al.*                  **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE